Richard M. Watts, Jr. (SBN 221268)
**MILLSTONE, PETERSON & WATTS, LLP**
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222
Fax No: (916) 780-8775

*Attorneys for Defendant*, Obexer Family LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA,

| Scott Johnson, | Case No.: 2:13-cv-02543-TLN-KJN |
|---|---|
| Plaintiff, | **ORDER UPON STIPULATION FOR ORDER ALLOWING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S CLAIMS** |
| v. | |
| Obexer Family LLC, a California Limited Liability Company, Island Dreams, Inc., a California Corporation, and Does 1-10, | |
| Defendant. | |

Pursuant to the filed Stipulation and joint application of the parties, the Court approves the requested extension of time for Defendant to plead in response to Plaintiff's Claims.

IT IS HEREBY ORDERED that Defendant's responsive pleading is now due on or before March 4, 2014.

**IT IS SO ORDERED.**

Dated: February 19, 2014

Troy L. Nunley
United States District Judge



**ORDER UPON STIPULATION FOR ORDER ALLOWING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S CLAIMS**