Richard M. Watts, Jr. (SBN 221268)
**MILLSTONE, PETERSON & WATTS, LLP**
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222
Fax No: (916) 780-8775

*Attorneys for Defendant*, Obexer Family LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA,

| Scott Johnson, | Case No.: 2:13-cv-02543-TLN-KJN |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR AN ORDER ALLOWING EXTENSION FOR PARTIES TO FILE JOINT STATUS REPORT** |
| v. | |
| Obexer Family LLC, a California Limited Liability Company, Island Dreams, Inc., a California Corporation, and Does 1-10, | |
| Defendant. | |

Pursuant to Local Rule 144, Plaintiff Scott Johnson (hereinafter "Plaintiff"), Defendant Island Dreams, Inc. ("Island Dreams") and Defendant Obexer Family LLC ("Obexer"), hereby apply upon stipulation for an order allowing an extension for parties to file a Joint Status Report.

A Joint Status report is now due on or before July 21, 2014. Good cause exists because the parties are working out the final details for settlement of the action. The parties have stipulated to the entry of the attached Order and respectfully request that the Court enter same.

Date: July 14, 2014         **CENTER FOR DISABILITY ACCESS**

By:         /s/ Phyl Grace
                    Phyl Grace
         (AS AUTHORIZED ON JULY 7, 2014)

Attorneys for Plaintiff
Scott Johnson



**JOINT STIPULATION FOR AN ORDER ALLOWING EXTENSION FOR PARTIES TO FILE JOINT STATUS REPORT**

Date:   July 14, 2014                    **LAW OFFICE OF SAMUEL G. GRADER**

                                         By: /s/ John T. Hill
                                              John T. Hill
                                         (AS AUTHORIZED ON JULY 8, 2014)

                                         Attorneys for Defendant
                                         Island Dreams, Inc.


Date:   July 14, 2014                    **MILLSTONE PETERSON & WATTS, LLP**
                                         *Attorneys at Law*

                                         By: /s/ Richard M. Watts, Jr.
                                              Richard M. Watts, Jr.

                                         Attorneys for Defendant
                                         Obexer Family LLC

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
/s/ Richard M. Watts, Jr.




IT IS SO ORDERED.


Dated: July 14, 2014


                                         _____
                                         Troy L. Nunley
                                         United States District Judge